## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| RICHARD W. CALDWELL, <br><br> Plaintiff, <br><br> vs. <br><br> DIVISION OF CHILD AND FAMILY SERVICES, et al., <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br><br> Case No. 1:08-cv-100 CW <br><br> Judge Clark Waddoups <br><br> Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). Subsequently, the case was reassigned to United States District Court Judge Clark Waddoups, but the prior order of reference was affirmed. On December 18, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that the court grant the motion to dismiss brought by Utah's Division of Child and Family Services, Pam Boydston and Christie Olson and joined by Defendants Bill and LaRena Caldwell.

Plaintiff Richard W. Caldwell has not filed an objection to the Report and Recommendation, and the time for doing so has passed. After reviewing the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, the Defendants' joint Motion to Dismiss (Dkt. Nos. 5 and 11) is GRANTED.

DATED this 2nd day of February, 2009.

                        BY THE COURT:


                        _____
                        Clark Waddoups
                        United States District Judge